ACCEPTED
14-14-01029-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 4:21:11 PM
CHRISTOPHER PRINE
CLERK



# Vince Ryan
## Harris County Attorney

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/27/2015 4:21:11 PM

CHRISTOPHER A. PRINE
Clerk

April 27, 2015

**Attention:  Civil Post-Judgment**
Honorable Chris Daniel
Harris County District Clerk
201 Caroline, 2nd Floor, Room 250
Houston, Texas 77002

> Re:     No. 2014-00466J
> 313th Judicial District Court of
> Harris County, Texas
> Appealed to Fourteenth Court of Appeals
> Nos. 14-14-01029-CV and 14-14-01030-CV

Dear Sir or Madame:

The Department of Family & Protective Services requests that a supplemental clerk's record be filed with the First Court of Appeals in the above referenced appeal to include the following documents:

1. Citation of Service (file stamped February 18, 2014) Image #60164324
2. Order for Drug / Alcohol / D.N.A. Screening (file stamped February 13, 2014) Image #59935019
3. Order for Drug / Alcohol / D.N.A. Screening (file stamped October 7, 2014) Image #62814042
4. Order Establishing Parentage (file stamped November 18, 2014) Image #63328726

**No fee is enclosed for preparation of the foregoing, because TEX. HUM. RES. CODE ANN. §40.062 exempts the Department from the requirement to pay any cost or fee imposed in a court proceeding, and the Department is not required to pay filing fees in advance under TEX. CIV. PRAC. & REM. CODE ANN. §6.001 (Vernon Supp. 2000)**. *See* In the Interest of Lee Children, 9 S.W.3d 915 (Tex. App. – Waco 2000, no pet); Op. Tex. Att'y Gen. No. DM-459 (1997); O'CONNOR'S, TEXAS RULES –CIVIL APPEALS (1998) at p. 38.

1019 Congress, 15th Floor  •  Houston, TX 77002-1700  •  Phone: 713-755-5101  •  Fax: 713-755-8924

Very truly yours,

VINCE RYAN
COUNTY ATTORNEY

***/s/ Robert J. Hazeltine-Shedd***
By:  Robert J. Hazeltine-Shedd
Assistant County Attorney

copies to:

Fourteenth Court of Appeals
301 Fannin
Houston, Texas 77002

William Thursland
Email: wmthursland@hotmail.com

Donald Crane
Email: donmcrane@gmail.com

Katie Flynn
Email: katie.flynn@att.net

John Spjut
Email: spjutlaw@sbcglobal.net